In re  **Shao C. Hu**                                                           Case No.   **14-36673-H4-13**
                                                                                                              (if known)

## AMENDED 4/15/2015
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America<br>Business Checking Account #8282 | - | $7,000.00 |
| | | Bank of America<br>Checking account #0331 | - | $80.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Refrigerator | - | $900.00 |
| | | Stove | - | $150.00 |
| | | Washer/Dryer | - | $350.00 |
| | | Dishes, cutlery, kitchen utensils | - | $100.00 |
| | | Breakfast table and chairs | - | $200.00 |
| | | Dining room table and chairs | - | $100.00 |
| | | Couches | - | $300.00 |
| | | Chairs | - | $100.00 |
| | | Coffee table | - | $100.00 |
| | | End table | - | $100.00 |
| | | Lamps | - | $120.00 |
| | | Beds | - | $400.00 |

In re **Shao C. Hu**                                                                 Case No.   **14-36673-H4-13**
                                                                                                         (if known)

### AMENDED 4/15/2015
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dressers | - | $200.00 |
| | | Armoire | - | $100.00 |
| | | Nightstands | - | $100.00 |
| | | Televisions | - | $1,200.00 |
| | | DVD/VCR Players | - | $80.00 |
| | | CDs/DVDs | - | $150.00 |
| | | Computer | - | $500.00 |
| | | Laptop | - | $400.00 |
| | | Printer | - | $100.00 |
| | | Office Furniture | - | $100.00 |
| | | Household tools | - | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | - | $100.00 |
| | | Pictures | - | $50.00 |
| 6. Wearing apparel. | | Clothing and shoes | - | $200.00 |
| 7. Furs and jewelry. | | Jewelry | - | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Hobby equipment | - | $400.00 |

In re **Shao C. Hu**          Case No. **14-36673-H4-13**
(if known)

**AMENDED 4/15/2015**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Globe Medical Tech. Inc. | - | $1.00 |
| | | OX Med Tech Inc. | - | $1.00 |
| | | Globe Medical Company (dba) | - | $1.00 |
| | | Globe Med Tek (dba) | - | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re **Shao C. Hu**                                                  Case No. **14-36673-H4-13**
                                                                                    (if known)

## AMENDED 4/15/2015
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Shao C. Hu**  Case No. **14-36673-H4-13**
(if known)

**AMENDED 4/15/2015**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 Hyundai Sonata Mileage: 8,300 | - | $22,875.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 computers Fax machine / Printer Office furniture | - | $1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re **Shao C. Hu**  Case No. **14-36673-H4-13**
(if known)

### AMENDED 4/15/2015
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____ continuation sheets attached   **Total >**   **$37,809.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Shao C. Hu**  Case No. **14-36673-H4-13**

(If known)

*AMENDED 4/15/2015*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 9215 Woodwind Lakes Dr. Houston, TX 77040 Lot 11 Block 2 Woodwind Lakes Section 1 Harris County, Texas | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $129,466.69 | $298,276.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $900.00 | $900.00 |
| Stove | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Washer/Dryer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $350.00 | $350.00 |
| Dishes, cutlery, kitchen utensils | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Breakfast table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Dining room table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Couches | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $300.00 | $300.00 |
| Chairs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $131,666.69 | $300,476.00 |

In re  **Shao C. Hu**                                                                                                  Case No.   **14-36673-H4-13**
                                                                                                                          (If known)

*AMENDED 4/15/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Coffee table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| End table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $120.00 | $120.00 |
| Beds | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $400.00 | $400.00 |
| Dressers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Armoire | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Nightstands | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Televisions | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,200.00 | $1,200.00 |
| DVD/VCR Players | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $80.00 | $80.00 |
| CDs/DVDs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Computer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Laptop | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $400.00 | $400.00 |
| Printer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| | | **$135,216.69** | **$304,026.00** |

In re  **Shao C. Hu**                                                                                    Case No.   <u>**14-36673-H4-13**       </u>
                                                                                                                          (If known)

*AMENDED 4/15/2015*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Office Furniture | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Household tools | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Books | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $100.00 | $100.00 |
| Pictures | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $50.00 | $50.00 |
| Clothing and shoes | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $200.00 | $200.00 |
| Jewelry | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $100.00 | $100.00 |
| Hobby equipment | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) | $400.00 | $400.00 |
|  | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 |  |
| 2014 Hyundai Sonata<br>Mileage: 8,300 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $22,875.00 | $22,875.00 |
| 2 computers<br>Fax machine / Printer<br>Office furniture | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $375.00 | $1,000.00 |
|  |  | **$159,466.69** | **$328,901.00** |

B6F (Official Form 6F) (12/07)
Case 14-36673    Document 41    Filed in TXSB on 04/15/15    Page 10 of 15

In re **Shao C. Hu**                                             Case No. **14-36673-H4-13**
                                                                          (if known)

*AMENDED 4/15/2015*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx2032<br>**Ad Astra Rec**<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205 | | - | DATE INCURRED: **06/2013**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $1,258.00 |
| ACCT #: xxxxxx9264<br>**Afni**<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701 | | - | DATE INCURRED: **09/2014**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $355.00 |
| ACCT #: xxxxxxxxxxxxx0000<br>**Ars Account Resolution**<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323 | | - | DATE INCURRED: **01/2012**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $748.00 |
| ACCT #: xxxxxxxxxxxx7594<br>**Capital 1 Bank**<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130 | | - | DATE INCURRED: **01/2011**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $98.00 |
| ACCT #: xxxxxxxxxxxx1339<br>**Capital 1 Bank**<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130 | | - | DATE INCURRED: **11/2004**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $3,788.00 |
| ACCT #: xxxxxxxxxxxx6785<br>**Chase - Cc**<br>Chase Card Svcs/Attn:Bankruptcy Dept<br>PO Box 15298<br>Wilmington, DE 19850 | | - | DATE INCURRED: **02/1993**<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $1,733.00 |

|  | Subtotal > | $7,980.00 |
|---|---|---|
| ___1___ continuation sheets attached | **Total >**<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.
Case 14-36673   Document 41   Filed in TXSB on 04/15/15   Page 11 of 15

In re **Shao C. Hu**                                            Case No. **14-36673-H4-13**
                                                                (if known)

*AMENDED 4/15/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>GRYN Corporation PTE LTD<br>c/o Andrew B. Totz<br>2211 Norfolk Suite 510<br>Houston, TX 77098 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Judgment** | | | | $255,961.03 |
| ACCT #: xxxxxxx9001<br>IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164 | | - | DATE INCURRED: 06/2011<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | X | | $550.00 |
| ACCT #: xxxx6179<br>Ncofin/sst<br>4315 Pickett Rd<br>Saint Joseph, MO 64503 | | - | DATE INCURRED: 08/2013<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | X | | $7,692.00 |
| ACCT #: xxxxxxxxxxxx8743<br>Sst/columbus Bank&trus<br>Attn:Bankruptcy<br>PO Box 3997<br>St. Joseph, MO 64503 | | - | DATE INCURRED: 01/2006<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $264,203.03

Total >  $272,183.03  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the  
Statistical Summary of Certain Liabilities and Related Data.)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shao** First Name | **C.** Middle Name | **Hu** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-36673-H4-13** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                                                12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Engineer** | |
| Employer's name | **Globe Med Tek** | |
| Employer's address | **9215 Woodwind Lakes**<br>Number  Street | Number  Street |
| | **Houston      TX    77040**<br>City               State   Zip Code | City               State   Zip Code |
| How long employed there? | **10 years** | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | $0.00 | |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $0.00 | |

Official Form B 6I                          Schedule I: Your Income                          page 1

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................. ➔ 4. | $0.00 | |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $0.00 | |
| 5b. | Mandatory contributions for retirement plans   5b. | $0.00 | |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | |
| 5e. | Insurance   5e. | $0.00 | |
| 5f. | Domestic support obligations   5f. | $0.00 | |
| 5g. | Union dues   5g. | $0.00 | |
| 5h. | Other deductions. Specify: _____   5h. + | $0.00 | |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $0.00 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $0.00 | |
| 8. | List all other income regularly received: | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**   8a. | $4,025.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | **Interest and dividends**   8b. | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**   8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | **Unemployment compensation**   8d. | $0.00 | |
| 8e. | **Social Security**   8e. | $0.00 | |
| 8f. | **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $0.00 | |
| 8g. | **Pension or retirement income**   8g. | $0.00 | |
| 8h. | **Other monthly income.** Specify: Family contribution   8h. + | $350.00 | |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $4,375.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $4,375.00   +        = | $4,375.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____    11. +  $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.    **$4,375.00**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☑ No.    **None.**
    ☐ Yes. Explain:

8a.  Attached Statement (Debtor 1)

## Globe Medical Tech

**Gross Monthly Income:**                                                              $7,000.00

| Expense | Category | Amount |
|---|---|---|
| Rent for office | | **$975.00** |
| Utilities for office | | **$1,250.00** |
| Office supplies | | **$100.00** |
| Purchases for office equipment | | **$350.00** |
| Self-employment taxes | | **$300.00** |

**Total Monthly Expenses**                                                              $2,975.00

**Net Monthly Income:**                                                                 $4,025.00

In re **Shao C. Hu**     Case No. **14-36673-H4-13**

(if known)

### AMENDED 4/15/2015
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **4/15/2015**     Signature **/s/ Shao C. Hu**
                                                        **Shao C. Hu**

Date     Signature

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.