

ENTERED
04/28/2015

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SHAO C. HU | § § | CASE NO. 14-36673-H4-13 |
| | § § | |
| DEBTOR | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On April 21, 2015, a hearing was held on GRYN Corporations' Motion To Revoke the Debtor's Confirmation Order. The Debtor appeared and testified. The Court, having found it had jurisdiction over the parties and subject matter, and having considered the exhibits, testimony and all other evidence before the court, made complete findings of fact and conclusions of law on the record. Therefore, it is

**ORDERED** that the Order Confirming Debtor's Chapter 13 plan (Docket #29) is vacated, and it is further

**ORDERED** that the Debtor's case is dismissed with prejudice to refiling.

Dated: 4/28/2015

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM ONLY:

By: /s/ *Miriam Goott*
Miriam Goott
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
mgoott@walkerandpatterson.com
713.956.5577 (telephone)

By: _____
Mayur M. Patel
5225 KATY FREEWAY
Suite 505
Houston, TX 77007
713.228.0200
713.588.8750